

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

September 13, 2023

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Kayshawn Massop et al.*, 23 Cr. 454

Dear Judge McCarthy:

    The Government writes to respectfully request that the Court unseal Indictment, 23 Cr. 454 and related arrest warrants for defendants Kayshawn Massop, Greg Brown, Carl Henry, and Amari Jackson, as all defendants are in custody.

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

by: _____
                     Benjamin Klein
                     Assistant United States Attorney
                     (914) 993-1908

**APPLICATION GRANTED**

*Judith C. McCarthy*
**Hon. Judith C. McCarthy**   9-14-2023