UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

_____US_____,
           Plaintiff(s),

v.

_____Massop et al_____
           Defendant(s).
------------------------------------------------------------x

FILED
9-14-23

**CALENDAR NOTICE**

23 CR 454 (VB)

     **PLEASE TAKE NOTICE** that the above-captioned case has been (scheduled/ re-scheduled) for:

✓ Status conference        ___ Final pretrial conference

___ Telephone conference     ___ Jury selection and trial

___ Pre-motion conference     ___ Bench trial

___ Settlement conference     ___ Suppression hearing

___ Oral argument              ___ Plea hearing

___ Bench ruling on motion    ___ Sentencing

on _9-27_, 20_23_ at _2:30pm_, in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601. ~~Adjourned from~~ _____.

     **All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices. Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: _9-14-_, 20_23_
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge