```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA         :
                                 :    ORDER
v.                               :
                                 :    23 CR 454-1 (VB)
KAYSHAWN MASSOP,                 :
               Defendant.        :
--------------------------------------------------------x
```

10/12/23

It is hereby ORDERED that Matthew J. Galluzzo, Esq., is appointed pursuant to the Criminal Justice Act as attorney for defendant Massop, effective September 14, 2023.

It is further hereby ORDERED that Mr. Galluzzo is relieved as attorney of record for defendant Massop, effective today, in light of the Notice of Appearance filed by retained counsel, Todd A. Spodek, Esq., on October 11, 2023.

Dated: October 12, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge