USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,              :
                                                           :
v.                                                        :
                                                           :
KAYSHAWN MASSOP, et al.,               :
                              Defendants.    :
--------------------------------------------------------x

**ORDER**

23 CR 454 (VB)

      All four defendants in this case have now entered guilty pleas. Accordingly, the status conference currently scheduled for October 9, 2024, is ADJOURNED WITHOUT DATE pending the Court's review of the guilty pleas entered before magistrate judges.

Dated: October 2, 2024
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge